Kojo Moore, SBN 236483
Moore & Moore
2014 Tulare Street, Suite 527
Fresno, CA 93721
Tele: 559-273-5847
Fax: 559-441-0890
kojomoorelaw@gmail.com

Attorney for Defendant,
CESAR RODRIGUEZ

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 1:21-cr-00115-ADA-BAM-4 |
|---|---|
| Plaintiff, | ) STIPULATION and ORDER REGARDING DEFENDANT'S COUNSELING CONDITIONS |
| vs. | ) |
| CESAR RODRIGUEZ, | ) Date: |
| Defendant. | ) Time: |
|  | ) Judge: BARBARA A. MACULIFFE |

**STIPULATION**

Defendant, CESAR RODRIGUEZ, by and through his counsel, and the Plaintiff, by and through their counsel, United States of America, hereby stipulate as follows:

You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, or individual specialized treatment, as determined by the pretrial services officer. You must pay all or part of the cost of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

There have been no prior orders concerning this issue.

It is so Stipulated:

Dated: 11/13/23                     /s/ Kojo Moore

                                    Attorney, for Cesar Rodriguez


Dated: 11/13/23                     /s/ Stephanie M. Stockham

                                    Stephanie M. Stockham

                                    Assistant United States Attorney


ORDER

IT IS SO ORDERED.


DATED: 11/13/2023                   *Sheila K. Oberto*

                                    SHEILA K. OBERTO

                                    UNITED STATES MAGISTRATE JUDGE