PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON AGUILAR,<br>CESAR ESTEVAN RODRIGUEZ,<br>HECTOR HERNANDEZ,<br>RICK LEE HUTCHINSON,<br><br>Defendants. | CASE NO. 1:21-CR-00115-NODJ-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: June 25, 2024<br>TIME: 8:30 a.m.<br>COURT: |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By this stipulation, the government and defendant now move to continue the matter, which is set for jury trial on June 25, 2024, until September 4, 2024, and to exclude time between June 25, 2024, and September 4, 2024, under Local Code T4.

2. The parties further request that trial confirmation hearing on June 3, 2024 be vacated.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes reports, photographs, and audio files. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. Additionally, plea agreements have been provided to defendant, and inadvertently multiple defendants only

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

received plea agreements recently.

      b)      Counsel for defendant desires additional time to further review discovery, discuss potential resolution with her client and the government, and investigate and prepare for trial.

      c)      The parties believe that there is a strong likelihood of resolutions to this matter.

      d)      Additionally, counsel for the government is currently engaged in a six to eight week jury trial scheduled to last until the end of June 2024.

      e)      At least one counsel for defendants is also engaged in a jury trial.

      f)      As such, the parties are requesting a trial date as indicated above.

      g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 25, 2024 to September 4, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  April 29, 2024

PHILLIP A. TALBERT  
United States Attorney

/s/ STEPHANIE M. STOKMAN  
STEPHANIE M. STOKMAN  
Assistant United States Attorney

Dated:  April 29, 2024

/s/ ROGER WILSON  
ROGER WILSON  
Counsel for Defendant  
JASON AGUILAR

| | |
|---|---|
| Dated: April 29, 2024 | /s/ KOJO MOORE<br>KOJO MOORE<br>Counsel for Defendant<br>CESAR ESTEVAN<br>RODRIGUEZ |
| Dated: April 29, 2024 | /s/ DAVID BALAKIAN<br>DAVID BALAKIAN<br>Counsel for Defendant<br>HECTOR HERNANDEZ |
| Dated: April 29, 2024 | /s/ RICHARD BESHWATE<br>RICHARD BESHWATE<br>Counsel for Defendant<br>RICK LEE HUTCHINSON |

**ORDER**

IT IS SO ORDERED that the jury trial set for June 25, 2024, trial confirmation set for June 3, 2024, and status conference set for May 8, 2024 are vacated. A jury trial is set for **September 4, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Estimate time of trial is **2 weeks**. A trial confirmation is set for **August 19, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Time is excluded through trial pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

The Court sets a status conference for **July 10, 2024 at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. The parties shall meet and confer and file a joint status report, not later than July 8, 2024, informing the Court of (1) whether the parties anticipate they will be ready to proceed to trial on September 4, 2024 as scheduled; (2) what kind of motions and the number of motions each party anticipates will need to be resolved in advance of trial (e.g., in limine, motion to dismiss, suppression, other motions), (3) a proposed briefing schedule for resolution of the motions in advance of trial, and (4) any other information to aid the Court in keeping the trial date currently scheduled.

IT IS SO ORDERED.

Dated: **May 6, 2024**   /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT    3