Kojo Moore, SBN 236483
Moore & Moore
2014 Tulare Street, Suite 527
Fresno, CA 93721
Tele: 559-273-5847
Fax: 559-933-3022
kojomoorelaw@gmail.com

Attorney for Defendant,
CESAR RODRIGUEZ

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CESAR RODRIGUEZ,<br><br>Defendant. | Case No.: 1:21-cr-00115-ADA-BAM-4<br><br>2ND STIPULATION REGARDING DEFENDANT'S COUNSELING CONDITIONS ORDER<br><br>Date:<br>Time:<br>Judge: |

## STIPULATION

Defendant, CESAR RODRIGUEZ, by and through his counsel, and the Plaintiff, by and through their counsel, United States of America, hereby stipulate as follows:

You must participate in a cognitive behavioral therapy program as directed by the pretrial services officer. Such programs may include group sessions led by a counselor or participation in a program administered by the Pretrial Services office

The parties previously stipulated to issues regarding drug treatment.

-1-

It is so Stipulated:

Dated:   6/20/2024                                    /s/ Kojo Moore

Attorney, for Cesar Rodriguez

Dated:   6/20/2024                                    /s/ Stephanie M. Stockham

Stephanie M. Stockham

Assistant United States Attorney

ORDER

IT IS SO ORDERED.

Dated:   **June 21, 2024**                           /s/ [signature]
                                                      UNITED STATES MAGISTRATE JUDGE