1 Kojo Moore, SBN 236483
Moore & Moore
2 2014 Tulare Street, Suite 527
Fresno, CA 93721
3 Tele: 559-273-5847
Fax: 559-933-3022
4 kojomoorelaw@gmail.com

6 Attorney for Defendant,
CESAR RODRIGUEZ

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 1:21-cr-00115-ADA-BAM-4 |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO ) CONTINUE CHANGE OF PLEA HEARING |
| vs. | ) |
| CESAR RODRIGUEZ, | ) |
| Defendant. | ) |

**STIPULATION**

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KOJO MOORE, attorney for Defendant CESAR RODRIGUEZ and STEPHANIE STOKMAN, Assistant U.S. Attorney for Plaintiff, that the hearing currently scheduled for Monday October 23, 2024, at 10:00 a.m. shall be continued until January 13, 2025, at 10:00 a.m. Time in this matter is excluded until January 13, 2025

The parties are continuing to negotiate the plea agreement, and more time is needed to review, research and discuss the information with Mr. Rodriguez.

The parties stipulate and agree that the interests of justice are served by granting this continuance and outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

-1-

| | | |
|---|---|---|
| Dated: | 10/16/24 | /s/ Kojo Moore |
| | | Attorney, for Cesar Rodriguez |
| Dated: | 10/16/24 | /s/ Stephanie M. Stockham |
| | | Stephanie M. Stockham |
| | | Assistant United States Attorney |

## ORDER

IT IS SO ORDERED that the change of plea hearing set for October 23, 2024, is VACATED. The Court sets a status conference for **December 11, 2024 at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated: **October 17, 2024**        /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE