Kojo Moore, SBN 236483
Moore & Moore
2014 Tulare Street, Suite 527
Fresno, CA 93721
Tele: 559-273-5847
Fax: 559-933-3022
kojomoorelaw@gmail.com

Attorney for Defendant,
CESAR RODRIGUEZ

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:21-cr-00115-ADA-BAM-4 |
| ) | |
| ) | STIPULATION AND ORDER TO |
| Plaintiff, ) | CONTINUE CHANGE OF PLEA HEARING |
| ) | |
| vs. ) | |
| ) | |
| ) | |
| CESAR RODRIGUEZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**STIPULATION**

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KOJO MOORE, attorney for Defendant CESAR RODRIGUEZ and STEPHANIE STOKMAN, Assistant U.S. Attorney for Plaintiff, that the hearing currently scheduled for Wednesday January 8, 2025, at 11:00 a.m. shall be continued until April 7, 2025, at 11:00 a.m. Time in this matter is excluded until April 7, 2025

The parties are continuing to negotiate the plea agreement, and more time is needed to review, research and discuss the information with Mr. Rodriguez.

The parties stipulate and agree that the interests of justice are served by granting this continuance and outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

-1-

Dated:   1/2/25                        /s/ Kojo Moore

Attorney, for Cesar Rodriguez

Dated:   1/2/25                        /s/ Stephanie M. Stockham

Stephanie M. Stockham

Assistant United States Attorney

## **ORDER**

IT IS SO ORDERED that the change of plea hearing is continued from January 8, 2025, to **April 7, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.   Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv). The Court also continues the status conference from January 8, 2025, for **March 26, 2025, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. If the parties file the plea agreement in advance of March 26, 2025, the Court will vacate the status conference.

IT IS SO ORDERED.

Dated:   **January 2, 2025**                /s/ *Barbara A. McAuliffe*

UNITED STATES MAGISTRATE JUDGE