# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>v.<br><br>CESAR RODRIGUEZ,<br><br>     Defendant. | Case No.  1:21-cr-00115-NODJ-BAM<br><br>ORDER REQUIRING COUNSEL FOR DEFENDANT CESAR RODRIGUEZ TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO OBEY A COURT ORDER AND FAILURE TO APPEAR |

On January 2, 2025, the Court set a status conference in this matter for March 26, 2025. (Doc. 248.)  That status conference was subsequently advanced from 1:00 p.m. to 10:30 a.m. (Doc. 267.)  Kojo Moore, counsel for Defendant Cesar Estevan Rodriguez, failed to appear at the status conference on March 26, 2025.  Accordingly, defense counsel Kojo Moore is HEREBY ORDERED to SHOW CAUSE in writing on or before **March 31, 2025,** why sanctions should not be imposed for failure to comply with the Court's January 2, 2025 order and failure to appear at the March 26, 2025 status conference.  **Failure of counsel to respond by March 31, 2025, will result in the imposition of sanctions.**

IT IS SO ORDERED.

    Dated:   **March 26, 2025**                        /s/ *Barbara A. McAuliffe*            
                                                                        UNITED STATES MAGISTRATE JUDGE

1