1  Kojo Moore, SBN 236483
   Moore & Moore
2  2014 Tulare Street, Suite 527
   Fresno, CA 93721
3  Tele: 559-273-5847
   Fax: 559-933-3022
4  kojomoorelaw@gmail.com

5

6  Attorney for Defendant,
   CESAR RODRIGUEZ

7
                    UNITED STATES DISTRICT COURT
8                   EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,        )  Case No.: 1:21-cr-00115-ADA-BAM-4
                                    )
11                                  )  STIPULATION AND ORDER TO
          Plaintiff,                )  CONTINUE CHANGE OF PLEA HEARING
12                                  )
          vs.                       )
13                                  )
                                    )
14 CESAR RODRIGUEZ, ET AL.,         )
                                    )
15 Defendant.                       )
                                    )
16 _____)

17                          **STIPULATION**

18      IT IS HEREBY STIPULATED by and between the parties hereto through their

19 respective counsel, KOJO MOORE, attorney for Defendant CESAR RODRIGUEZ and

20 STEPHANIE STOKMAN, Assistant U.S. Attorney for Plaintiff, that the hearing currently

21 scheduled for Wednesday April 7, 2025, at 9:30 a.m. shall be continued until May 19,2025, at

   9:30 a.m. Time in this matter is excluded until May 19, 2025
22
        The parties are continuing to negotiate the plea agreement, and more time is needed to
23
   review, research and discuss the information with Mr. Rodriguez.
24
        The parties stipulate and agree that the interests of justice are served by granting this
25
   continuance and outweigh the best interests of the public and the defendant in a speedy trial. 18
26
   U.S.C. §3161(h)(7)(A).
27

28

                                     -1-

1

2    Dated:    3/27/25                              __/s/ Kojo Moore_____

3                                                  Attorney, for Cesar Rodriguez

4
     Dated:    3/27/25                              /s/ Stephanie M. Stockham
5
                                                   Stephanie M. Stockham
6
7                                                  Assistant United States Attorney

8

9                                 **ORDER**

10        IT IS SO ORDERED that the change of plea hearing is continued from April 7, 2025, to

11   **May 19, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.  Time is

12   excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv). The Court also sets a status conference

13   for **May 14, 2025, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A.**

14   **McAuliffe**. If the parties file the plea agreement in advance of May 14, 2025, the Court will

15   vacate the status conference.  The Order to Show Cause to Counsel Moore remains pending.

16   IT IS SO ORDERED.

17        Dated:   __**March 27, 2025**__          ___/s/ Barbara A. McAuliffe_____

18                                                 UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28