1  Kojo Moore, SBN 236483
   Moore & Moore
2  2014 Tulare Street, Suite 527
   Fresno, CA 93721
3  Tele: 559-273-5847
   Fax: 559-933-3022
4  kojomoorelaw@gmail.com

6  Attorney for Defendant,
   CESAR RODRIGUEZ

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 1:21-cr-00115-TLN-BAM-4 |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO <br> ) CONTINUE CHANGE OF PLEA HEARING |
| vs. | ) |
| CESAR RODRIGUEZ, | ) |
| Defendant. | ) |

**STIPULATION**

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KOJO MOORE, attorney for Defendant CESAR RODRIGUEZ and STEPHANIE STOKMAN, Assistant U.S. Attorney for Plaintiff, that the hearing currently scheduled for May 19, 2025, at 10:00 a.m. shall be continued until June 2, 2025, at 9:30 a.m. Time in this matter is excluded until June 2, 2025

The parties are continuing to negotiate the plea agreement, and more time is needed to review, research and discuss the information with Mr. Rodriguez.

The parties stipulate and agree that the interests of justice are served by granting this continuance and outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

-1-

Dated:   4/30/25                    /s/ Kojo Moore

Attorney, for Cesar Rodriguez

Dated:   4/30/25                    /s/ Stephanie M. Stockham

Stephanie M. Stockham

Assistant United States Attorney

**ORDER**

The change of plea hearing to the above-named defendant currently scheduled for May 19, 2025, at 10:00 a.m., is continued until **June 2, 2025, at 9:30 a.m., in Courtroom 5 before District Judge Troy L. Nunley.**

IT IS SO ORDERED.

Dated: May 2, 2025

Troy L. Nunley
Chief United States District Judge