1  ERIC GRANT
United States Attorney
2  STEPHANIE M. STOKMAN
Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
Fresno, CA 93721
4  Telephone:    (559) 497-4000
Facsimile:    (559) 497-4099
5
Attorneys for Plaintiff
6  United States of America

7

8                    IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

UNITED STATES OF AMERICA,              CASE NO.  1:21-CR-00115-TLN
11
                    Plaintiff,          STIPULATION REGARDING EXCLUDABLE
12                                       TIME PERIODS UNDER SPEEDY TRIAL ACT;
            v.                           AND ORDER
13
CESAR RODRIGUEZ,
14
                    Defendant.
15

16
                              **STIPULATION**
17
        Plaintiff United States of America, by and through its counsel of record, and defendant, by and
18
through defendant's counsel of record, hereby stipulate as follows:
19
        1.      By previous order, this matter was set for status conference on September 10, 2025, and
20
jury trial December 2, 2025.
21
        2.      By this stipulation, the parties now move to vacate the status conference date and set a
22
change of plea date of November 17, 2025.
23
        3.      The parties agree and stipulate, and request that the Court find the following:
24
        a)      A plea agreement has been signed and filed, and the parties agree that a date of
25
November 17, 2025, is warranted for a change of plea.  Prior to filing this stipulation, the parties
26
conferred with the courtroom deputy for the assigned district court judge, who indicated this date
27
is available for a change of plea.
28
        b)      The parties stipulate that the period of time until November 17, 2025, is deemed

STIPULATION REGARDING EXCLUDABLE TIME                    1
PERIODS UNDER SPEEDY TRIAL ACT

1  excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it

2  results from a continuance granted by the Court at defendants' request on the basis of the Court's

3  finding that the ends of justice served by taking such action outweigh the best interest of the

4  public and the defendant in a speedy trial. Nonetheless, time has already been excluded until

5  December 2, 2025 for jury trial.

6      4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

7  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

8  must commence.

9      IT IS SO STIPULATED.

10

11  Dated:  August 18, 2025             ERIC GRANT
    United States Attorney

12

13      /s/ STEPHANIE M. STOKMAN
    STEPHANIE M. STOKMAN
    Assistant United States Attorney

14

15  Dated:  August 18, 2025             /s/ KOJO MOORE

16      KOJO MOORE
    Counsel for Defendant

17      CESAR RODRIGUEZ

18  **ORDER**

19

20      IT IS SO ORDERED that the status conference set for September 10, 2025, and jury trial set for

21  December 2, 2025, are vacated. A change of plea hearing is set for **November 17, 2025, at 9:30 a.m. in

22  Courtroom 5 before Chief District Judge Troy L. Nunley**.  Time was previously excluded through

23  December 2, 2025.

24  IT IS SO ORDERED.

25

26  Dated:  **August 18, 2025**      /s/ Barbara A. McAuliffe
    UNITED STATES MAGISTRATE JUDGE

27

28

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2